# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2663
_____

CHARLES R. HULL,

   Appellant,

v.

STATE OF FLORIDA, D. MADDOX,
Warden,

   Appellees.

_____


On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.


March 20, 2026

PER CURIAM.

   AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Charles R. Hull, pro se, Appellant.

James Uthmeier, Attorney General, and Thomas Howland Duffy, Assistant Attorney General, Tallahassee, for Appellees.